**F I L E D**

IN THE UNITED STATES DISTRICT COURT

**OCT 27 1998**

FOR THE DISTRICT OF SOUTH CAROLINA

LARRY W. PROPES, CLERK
COLUMBIA, S. C.

COLUMBIA DIVISION

*ENTERED*
*10-28-98*

| | |
|---|---|
| NGOC HUYNH-DOC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    CA No. **3:97-1376-19** |
| | ) |
| THE UNIVERSITY OF SOUTH | ) |
| CAROLINA and GERALD N. | ) |
| OLSON, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on plaintiff's Motion for Reconsideration of Sanctions. Counsel for the defendants filed no response.

The plaintiff's Renewed Motion for Sanctions was denied on September 18, 1998, because the plaintiff failed to show that he had complied with a previous Order of this Court requiring him to file an affidavit regarding fees in a timely manner. In his Motion for Reconsideration, the plaintiff has supplied new documentation which shows that he complied with the Court's previous Order.

The Court hereby **ORDERS** on this the _27th_ day of October, 1998, at Columbia, South Carolina, that the plaintiff's Motion for Reconsideration of Sanctions be **GRANTED**, and the plaintiff be awarded attorneys fees in the amount of $975.00 against the defendants for their failure to comply with discovery.

**DENNIS W. SHEDD**
**UNITED STATES DISTRICT JUDGE**

AO 72A
(Rev. 8/82)